UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
DAWN GARLAND COOK                           CASE NO. 18-11288
208 NORTHPOINT AVE UNIT A                   JUDGE CATHARINE R. ARON
HIGH POINT, NC  27262

    DEBTOR

SSN(1) XXX-XX-6295                          DATE: 07/23/2019

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $18,594.57<br>INT: 7.25%<br>NAME ID: 144507<br>CLAIM #:  0005 | (V) VEHICLE-SECURED<br><br>ACCT: 3876<br>COMMENT: 13FORD |
| AT&T MOBILITY II LLC<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | $1,840.64<br>INT: .00%<br>NAME ID: 142518<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 9583<br>COMMENT: |
| BRANCH BANKING & TRUST COMPANY<br>BANKRUPTCY SECTION/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<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $693.10<br>INT: .00%<br>NAME ID: 47975<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 4222<br>COMMENT: |
| COMMERCIAL TRADE<br>P O BOX 10389<br>BAKERSFIELD, CA  93389 | $0.00<br>INT: .00%<br>NAME ID: 154785<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4500<br>COMMENT: MY MONEY MONITOR |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5008<br>CAROL STREAM, IL  60197-5008 | $586.44<br>INT: .00%<br>NAME ID: 161488<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 1463<br>COMMENT: |
| DIVERSIFIED CONSULTANTS<br>10550 DEERWOOD PARK<br>JACKSONVILLE, FL  32256 | $0.00<br>INT: .00%<br>NAME ID: 174713<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 65<br>COMMENT: CHARTER COMMUNICATION |
| ECMC<br>LOCKBOX 8682<br>P O BOX 16478<br>SAINT PAUL, MN  55116-0478 | $1,602.57<br>INT: .00%<br>NAME ID: 141294<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 6295<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 5777<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 18-11288

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $4,519.98<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 17TX<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $569.99<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $166.80<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | (P) PRIORITY<br><br>ACCT: 17TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $91.76<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: |
| PROFESSIONAL FINANCIAL SERVICES<br>P O BOX 1893<br>SPARTANBURG, SC  29304 | $3,513.79<br>INT: .00%<br>NAME ID: 133581<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 6281<br>COMMENT: COD |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $692.06<br>INT: 7.25%<br>NAME ID: 151523<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 4416<br>COMMENT: FRN |
| **TOTAL:** | **$32,871.70** | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/23/2019

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice